1   MICHAEL E. WILLIAMS (SB: 095594)
    Attorney at Law
2   5611 Palmer Way, Suite G2
    Carlsbad, CA 92010
3   (760) 931-1748
    (760) 931-0755 (fax)
4

5   Attorney for Defendants CONTINENTAL CENTRAL CREDIT, INC., a California Corporation and
    SAN CLEMENTE COVE VACATION OWNERS Association, a California Corporation.
6

7

8                 **UNITED STATES DISTRICT COURT**

               **SOUTHERN DISTRICT OF CALIFORNIA**
9

10   SALLIE A. DURHAM, an individual on)   CASE NO. '07 CV 1763 BTM-WMc
     behalf of herself and all others similarly)
11   situated,                             )
                                   )   **DEFENDANTS' INITIAL DISCLOSURE**
12          Plaintiff,                )   **PURSUANT TO FED. R. CIV P. 26(a)(1)(A-D)**
                                   )
13   vs.                                     )
                                   )
14   CONTINENTAL CENTRAL CREDIT, INC.,)   **JUDGE**: Honorable William McCurine, Jr.
     a California Corporation and SAN)
15   CLEMENTE COVE VACATION OWNERS)
     ASSOCIATION, a California Corporation;)
16   and DOES 1 through 10, Inclusive.      )
                                   )
17          Defendants.             )
    _____ )
18                                    )
19                                    )

20

21        Defendants CONTINENTAL CENTRAL CREDIT, INC. (hereinafter referred to as "CCC")

22 and SAN CLEMENTE COVE VACATION OWNERS Association (hereinafter referred to as

23 "Association"),(collectively, "Defendants") submits the following Initial Disclosure under Federal

24 Rules Civil Procedure Rule 26(a) (1) (A-D).

       Pre-Discovery Disclosure.   The parties will exchange by September 19, 2008 the
25
information required by Fed. R. Civ. P. 26(a)(1).
26

27

28

EXHIBIT 4

## INITIAL DISCLOSURE

(1)   Defendants list containing the names and addresses of each person likely to

have  discoverable information pursuant to Rule 26(a)(1)(A) are as follows:

    **a.**  Name: Richard F. Spielman,
President of Continental Central Credit, Inc.
Address:5611 Palmer Way, Ste. G, Carlsbad, CA 92010
Phone Number: (800) 525-6000

Richard F. Spielman, President of Continental Central Credit, Inc. will testify to

the collection rules and  procedures of CCC, the assignment of plaintiff's account, the

amount due and owing,  CCC's  business practices and the facts on how the collection costs

are calculated.

    **b.**  Name: Marc Hubbard
Managing agent for San Clemente Cove Vacation Owner's Association
Address: 5900 Pasteur Ct., Ste 200, Carlsbad, CA 92008.
Phone Number: (760) 827-4189

Mr. Hubbard will testify to the Rules and Regulation of the Association managing an

account, managing the assessments that are due and owing under the CC&R's, the notices that were

sent  and the Association's procedures.

    **c.**  Name: Jackie Simms
Continental Central Credit, Inc.
Assigned to collect on account.
Address: 5611 Palmer Way, Ste. G, Carlsbad, CA 92010
Phone Number: (800) 525-6000.

Jackie Simms, is a collector for CCC.  Ms. Simms will testify to the collection of the

account, notices sent and contact to the plaintiff that was made, and basic collection procedures.

(2)   A description by category of all documents data compilations and tangible

things in possession, custody or control of defendants pursuant to Rule 26(a)(1)(B):

    **a.**  Declaration of Convenants, Conditions, and Restrictions for Vacation

Owner's of San Clemente Cove Resort, Orange County California, Recorded 9-19-1988

in official records of Orange County California, Document Number 88-347553.

**b.** Agreement between Continental Central Credit, Inc and San Clemente Cove Homeowners Association dated 10-9-2000.

**c.** "Homeowners Association Maintenance Fees and Billing Options", undated.

**d.** "Collections/Foreclosure Procedures and Maintenance Fees and Billing Options of San Clemente Cove Homeowners Association", undated.

**e.** "Statement of Facts regarding Continental Central Credit, Inc.", undated.

**f.** Electronic media file of Continental Central Credit, Inc, regarding File No.: 3067702.

The location of all documents are at Defendant's counsel's office Michael E. William, 5611 Palmer Way, Ste. G-2, Carlsbad, CA 92010,  Telephone No.: (760) 931-1748 and Fax No.: (760) 931-0755.

**(3)** There is presently no computation of any category of damages claimed by the disclosing  parties pursuant to Rule 26(a)(1) (C).

**(4)** There is no insurance policy available for inspection or copying pursuant to Rule 26(a)(1)(D).

Dated: <u>September 18, 2008</u>          Respectfully submitted,



Michael E. Williams,
Attorney for Defendants

MICHAEL E. WILLIAMS (SB: 095594)
Attorney at Law
5611 Palmer Way, Suite G2
Carlsbad, CA 92010
(760) 931-1748
(760) 931-0755 (fax)

Attorney for Defendants CONTINENTAL CENTRAL CREDIT, INC., a California
Corporation, SAN CLEMENTE COVE VACATION OWNERS ASSOCIATION, a
California Corporation.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLIE A. DURHAM, an individual on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CONTINENTAL CENTRAL CREDIT, INC., a California Corporation; SAN CLEMENTE COVE VACATION OWNERS ASSOCIATION, a California Corporation; and DOES 1 through 10, Inclusive.<br><br>        Defendants. | CIVIL ACTION<br><br>CASE NO. '07 CV 1763 BTM-WMc<br><br>**PROOF OF SERVICE**<br><br>**Judge:** Honorable William McCurine, Jr. |

     I am employed in the City of Carlsbad, County of San Diego; I am over the age of

eighteen years and not a party to the within action. My business address is 5611 Palmer Way,

Ste. G-2, Carlsbad, CA 92010.

     On September 18, 2008, I served the attached following documents:

**DEFENDANTS' INTIAL DISCLOSURE PURSUANT TO
FED. R. CIV. 26(a) (1) (A-D)**

on the interested parties in said action as follows:

Deborah L. Raymond, Attorney for Plaintiff       Terryl B. O'Donnell, Esq.
445 Marine View Avenue, Suite 305                 7040 Avenida Encinas, 104-224
Del Mar, CA 92014                                 Carlsbad, CA 92011

[ X ] **BY MAIL** I placed each of the above referenced documents in a sealed envelope, with postage thereon fully prepaid for first-class mail for collection and mailing at San Diego, county of Carlsbad, California, following ordinary business practices. I am familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business

[   ] **(BY CERTIFIED MAIL U.S. POSTAL SERVICE**) I placed each of the above referenced documents in a sealed envelope, with postage thereon fully prepaid for Express Mail, United States Postal Service for collection and mailing at San Diego, County of Carlsbad, California, following ordinary business practices. I am familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

[   ] **(BY PERSONAL DELIVERY)** Each such document was placed in a sealed envelope and sent by attorney service to be hand delivered to the person or attorney listed above.

[   ] **(BY ECF COURT FILING)** Notice was electronically mailed by filing through ECF Court filing system to:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    I, Janet Hartman, declare, under penalty of perjury, the foregoing is true and correct.

Executed on September 18, 2008, at Carlsbad, California 92010.

                              /s/ Janet Hartman
                              Janet Hartman

**MICHAEL E. WILLIAMS**
**ATTORNEY AT LAW**
5611 Palmer Way, Suite G2
Carlsbad, CA 92010
(760) 931-1748
Fax: (760) 931-0755

September 18, 2008

Deborah L. Raymond
Law Offices of Deborah Raymond
445 Marine View Avenue, Suite 305
Del Mar, CA 92014

      Re:    <u>Durham -vs-Continental Central Credit, Inc., et al.</u>
              Case No.: 07 CV 1763 BTM-WMc

Dear Ms. Raymond;

      Please find enclosed Defendants Initial Disclosures Pursuant to Fed. R. Civ P. 26 (a) (1) (A-D).

      If you have any further questions or comments, please do not hesitate to contact my office.

Very Truly Yours,

Janet Hartman, Paralegal for
Michael E. Williams, Esq.
Attorney At Law