# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Sallie A. Durham

V.

Continental Central Credit; San Clemente Cove Vacation Owners; Vacation Resorts International, Inc; and Does

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07CV1763-BTM(WMC)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the action is Dismissed with Prejudice.

| December 27, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON December 27, 2011 |

07CV1763-BTM(WMC)